**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISIONS**

| | |
|---|---|
| DARLENE VIRGINIA RICHARDSON, | Case No.: 1:24-cv-00142-SAG |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| STERLING INFOSYSTEM, INC., | |
| Defendant. | |

      **NOTICE IS HEREBY GIVEN** that Plaintiff Darlene Virginia Richardson and Sterling Infosystem, Inc., ("Sterling"), have resolved the claims between them in this matter. The parties are in the process of finalizing the terms and performance attendant to that resolution.  The parties anticipate completing that performance within the next forty-five (45) days and submitting to the Court the necessary dismissal papers. In the interim, the Parties ask that the Court vacate all deadlines in this matter, as to Defendant Sterling. Plaintiff further requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Dated: June 14, 2024,

    */s/ Beth K. Findsen*
    Beth K. Findsen
    8245 N. 85th Way
    Scottsdale, AZ 85258
    T: (602) 807-6676
    E: bfindsen@consumerattorneys.com

    Levi Y. Eidelman, MD Bar No. 30903
    CONSUMER ATTORNEYS
    300 Cadman Plaza West, 12th Floor, Suite 12049
    Brooklyn, NY 11201
    T: (718) 360-0763
    E: leidelman@consumerattorneys.com

    *Attorneys for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 14, 2024, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**CONSUMER ATTORNEYS**

By: */s/ Marie Tirona*