**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**SOUTHERN DIVISIONS**

| | |
|---|---|
| DARLENE VIRGINIA RICHARDSON, | Case No.: 1:24-cv-00142-SAG |
| Plaintiff, | |
| v. | |
| STERLING INFOSYSTEM, INC., | |
| Defendant. | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Darlene Virginia Richardson

and Defendant Sterling Infosystems, Inc., ("Sterling"), by and through undersigned counsel,

hereby stipulate that this action and all claims and defenses asserted therein be dismissed with

prejudice as to Sterling

Dated: August 5, 2024,

_/s/ Beth K. Findsen_
Beth K. Findsen (*pro hac vice*)
8245 N. 85th Way
Scottsdale, AZ 85258
T: (602) 807-6676
E: bfindsen@consumerattorneys.com

Levi Y. Eidelman, MD Bar No. 30903
CONSUMER ATTORNEYS
300 Cadman Plaza West, 12th Floor, Suite 12049
Brooklyn, NY 11201
T: (718) 360-0763
E: leidelman@consumerattorneys.com

*Attorneys for Plaintiff*
*Darlene Virginia Richardson*

_/s/ Eric J. Janson_ *with express permission
Eric J. Janson
E: ejanson@seyfarth.com
SEYFARTH SHAW LLP
975 F. Street, NW
Washington, DC 20004
T: (202) 463-2400
F: (202) 828-5393

*Counsel for Defendant*
*Sterling Infosystems, Inc*

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 5, 2024, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**CONSUMER ATTORNEYS**

By: */s/ Marie Tirona*
Marie Tirona

2